**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00341-CR

**ECKISS II, HARLEN ARTHUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-33276-N**

## ORDER

The Court has before it the State's February 22, 2013 motion for extension of time to file tendered brief. The Court **GRANTS** the motion. State's brief received by the Clerk of the Court on February 22, 2013, is **DEEMED FILED** as of the date of this order.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE